JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Pang Mua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-CR-00132 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE AND CONTINUE |
| v. | ) ) | DATE FOR HEARING ON MOTION; ORDER THEREON |
| PANG MUA, | ) ) | Date: April 15, 2013 |
| Defendant. | ) ) | Time: 8:30 a.m. Judge: Hon. Lawrence J. O'Neill |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLEY A SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pang Mua, that the pending motion briefing schedule may be modified and that the time for hearing on the motions, currently scheduled for March 18, 2013, may be continued to April 15, 2013. **The parties request that any motions may be filed on or before March 15, 2013; that any opposition thereto may be filed on or before April 5, 2011; and that the hearing on the motions may be continued to April 15, 2011 at 8:30 a.m.**

The defense is preparing to file a motion to suppress evidence resulting from the stop of Mr. Mua's vehicle on January 5, 2012. The resolution of this matter would likely require an evidentiary hearing to resolve factual disputes. Mr. Mua, who is housed in the Lerdo Detention Facility, has also advised counsel telephonically of additional information pertinent to the motion. Counsel is scheduled to meet with Mr. Mua personally in the coming week to discuss the information in detail and make arrangements

to conduct related investigation. The outcome of this investigation could determine whether it is prudent to proceed with the anticipated motion. In addition, the parties are engaged in negotiations which could resolve the case and eliminate the need to litigate the motion.

Based on the foregoing, the parties agree that time shall be excluded as necessary for effective defense preparation and for ruling on the motions pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For these reasons, the ends of justice served by the granting of the requested modification of the briefing schedule outweigh the interests of the public and the defendant in a speedy trial.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 15, 2013                    By /s/ Kimberley A. Sanchez
                                                  KIMBERLEY A. SANCHEZ
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

DATED: February 15, 2013                    By /s/ Eric V. Kersten
                                                  ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Pang Mua

## O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

**Dated: February 19, 2013**       /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE