```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
 3  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 4  Telephone: (559) 487-5561

 5  Attorney for Defendant
    Pang Mua
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,        )   No. 1:12-cr-00132 LJO-SKO-1
                                     )
10               Plaintiff,          )   STIPULATION TO MODIFY MOTION
                                     )   BRIEFING SCHEDULE AND CONTINUE
11       v.                          )   DATE FOR HEARING ON MOTION; ORDER
                                     )   THEREON
12  PANG MUA,                        )
                                     )   Date:  June 3, 2013
13               Defendant.          )   Time:  9:30 a.m.
                                     )   Judge: Hon. Lawrence J. O'Neill
14  _____  )
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLEY A SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pang Mua, that the pending motion briefing schedule may be modified and that the time for hearing on the motions, currently scheduled for May 6, 2013, may be continued to June 3, 2013, or the soonest date thereafter that is convenient to the court.  It is further requested that the matter be scheduled at the end of the law and motion calendar as an evidentiary hearing is being requested to resolve factual disputes.  **The parties request that any motions may be filed on or before May 15, 2013; that any opposition thereto may be filed on or before May 29, 2013; and that the hearing on the motions may be continued to June 3, 2013 at 9:30 a.m.**

The defense filed a motion to suppress the evidence resulting from the stop and subsequent search of Mr. Mua's vehicle on or about January 5, 2012 and, thereafter, the defense filed a supplemental motion to suppress the evidence resulting from the same stop on additional grounds.  The defense has since determined that a motion to suppress Mr. Mua's statements to law enforcement should also be filed and

counsel believes that a failure to do so would potentially deny Mr. Mua his right to effective representation. No trial date has yet been scheduled and the same witnesses will testify regarding all anticipated motions. It will therefore serve the interests of judicial economy to hear all motions at the same time.

Based on the foregoing, the parties agree that time shall be excluded as necessary for effective defense preparation and for ruling on the motions pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For these reasons, the ends of justice served by the granting of the requested modification of the briefing schedule outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER  
United States Attorney

DATED: May 2, 2013      By /s/ Kimberley A. Sanchez  
KIMBERLEY A. SANCHEZ  
Assistant United States Attorney  
Attorney for Plaintiff  
JOSEPH SCHLESINGER  
Acting Federal Defender

DATED: May 2, 2013      By /s/ Eric V. Kersten  
ERIC V. KERSTEN  
Assistant Federal Defender  
Attorney for Defendant  
Pang Mua

## **O R D E R**

The stipulation has the incorrect date concerning the currently set date for hearing. It is set for May 13, and not May 6. That said, the request is granted. The motion will be heard on June 3, 2013 at 9:45 a.m.

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

**Dated: May 3, 2013**      /s/ Lawrence J. O'Neill  
UNITED STATES DISTRICT JUDGE